UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 3:25-cr-11/TKW

TARIQ DAZOUR WALKER,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, TARIQ DAZOUR WALKER, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 11th day of April, 2025.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE